**No. 23-2850**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, | Appeal from the Federal District Court for the Northern District of Illinois |
| Plaintiff/Appellee, | District Court Case No. 17-cv-02283 |
| | Honorable Judge Matthew F. Kennelly |
| v. | |
| REVOLUTION LABORATORIES, LLC, REV LABS MANAGEMENT, JOSHUA NUSSBAUM, and BARRY NUSSBAUM, | Appellate Court No. 23-2850 |
| Defendants/Appellants. | |

### DEFENDANTS/APPELLANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

Defendants/Appellants Revolution Laboratories, LLC, Joshua Nussbaum, and Barry Nussbaum (collectively referred to as the "Movants"), by their attorneys, Aronberg Goldgehn Davis & Garmisa, move pursuant to Federal Rule of Appellate Procedure 26 and Circuit Rule 26 for a further two-week extension of time to file their appellate brief to February 6, 2024. In support of their Motion, Movants state as follows:

1. Movants filed their Notice of Appeal on September 25, 2023.

2. On October 6, 2023, this Court ordered Movants to file their opening brief on November 24, 2023. Dkt. 4.

3. Movants filed a first request for an extension of time on November 20, 2023. Dkt. 11.

4. This Court granted the request in relevant part on November 21, 2023. Dkt. 13. In its Order, this Court ordered the Appellant's brief to be due on or before January 23, 2024. *Id.*

5.  Movants recognize and appreciate that this Court's Order also stated that "[g]iven the length of this extension of time, counsel for the appellants is expected to meet this deadline." *Id*.

6.  Movants have been working diligently to prepare the Appellants' brief in an effort to meet the revised deadlines. Mr. De Preter, counsel for movants who supplied an affidavit in support of Movants' first request for extension, has been assisted by two additional attorneys, Amy Gibson and Gary Hollander, in drafting the brief. Mr. De Preter, however, is the only trademark attorney involved in this matter for Movants.

7.  All three attorneys have worked diligently through the holidays to draft the Appellants' brief.

8.  In the course of that preparation, and with input from Appellants Joshua Nussbaum and Barry Nussbaum, Movants have continually worked to narrow and focus the issues for this Court's review on appeal. Movants have refined the issues on appeal to six key issues, which issues may be more fully refined and narrowed in the coming weeks, if the extension is granted.

9.  Movants believe that their efforts will enable them to make a more streamlined and cogent presentation of the key issues and arguments involved in this appeal, some of which are complex and unique. For example, one of the issues Movants plan to raise in this appeal relates to Defendants' stipulation to liability on Plaintiff's common law claim for trademark infringement. At the time the stipulation was entered, Plaintiff sought injunctive relief, but not punitive damages, in his claim. Plaintiff later amended his claim to seek punitive damages after Movants entered the stipulation, drastically altering Movant's potential exposure to liability. At trial, punitive damages were entered against the Defendants. Defendants would not have stipulated to liability on this claim had Plaintiff sought punitive damages at the time of the

stipulation. Defendants will argue that it was improper for the district court to expand the stipulation. The issues on appeal further include matters specifically directed to personal liability for trademark infringement (and by extension liability under the Illinois Deceptive Trade Practices Act) and jury instructions focused on the required proof for such liability.

10. Counsels' efforts to refine Movants' arguments on appeal however, have resulted in a substantial increase in the work and attention needed to complete the drafting of the brief on Appeal.

11. Mr. De Preter has been engaged in a number of time sensitive proceedings while simultaneously working on the preparation of the Appeal as set forth in his Affidavit which is attached hereto as Exhibit A. This includes the following:

   i. Reviewing and analyzing a last minute production of documents that substantially affected the preparation of final infringement contentions due on December 4, 2023 in the matter of MPI LLC v. Sorting Robotics, Inc., Case No. 22-cv-07464, pending in the Central District of California. Mr. De Preter is the only patent counsel on the case and his expertise in the field of patent law required that he perform the patent analysis work and the preparation of the contentions.

   ii. Conducting a live preliminary injunction hearing in the matter of Heifeng Zhizao (Shenzhen) Technology Co., Ltd., v. The Partnerships, et al., Case No. 23-cv-3301, pending in the Northern District of Illinois. The matter required tedious and protracted communication with witnesses located in China. The hearing extended over multiple days in December.

   iii. Preparation of Rebuttal Trial Submission in the trademark opposition proceeding In Re Trademark Application of Mitzvah Kinder, Inc., Opposition

No. 91272685. The identification of new material in support of the Applicant's trial submission required Mr. De Preter to travel to New York for multiple days in the week before Christmas.

12. Mr. De Preter is also currently engaged in the following other litigation or administrative matters with deadlines prior to, or around the same time as, the current January 23, 2023 filing date for Movants' brief in this appeal, causing him to be unable to file the brief in this appeal by the filing date mandated by this Court:

> i. Mr. De Preter is lead, and currently sole, counsel for Grunt Style in the matter of Grunt Style LLC v. TWD, LLC, Case No. 18-cv-07695, pending in the Northern District of Illinois. Trial scheduled to begin March 11, 2024, however the court set a number of pretrial deadlines in January. Particularly, the parties' motions in limine were due on January 8, 2024, responses are due on January 18, and a hearing is set for the 18th as well.
>
> ii. Mr. De Preter is co-counsel in the matter of MMS Trading Company v. Hutton Toys, LLC, Case No. 20-cv-01360, pending in the Eastern District of New York. Trial scheduled to begin on February 9, 2024. Motions in limine are due on January 26, 2024 along with other pre-trial submissions. A pretrial conference is scheduled for February 6, 2023.

13. Mr. De Preter has been simultaneously attending to matters in the foregoing cases, along with his other workload, while further focusing on preparation of the Appeal brief. Accordingly, Movants request a **two-week** extension of time to file the brief on Appeal and ask that this Court enter a new deadline of **February 6, 2023**.

14. This is the Movants' second—**and final**—request for an extension of time to file their brief and such extension is being requested seven days before the brief is currently due.

15. Movants sent counsel for Plaintiff/Appellee a copy of this motion prior to filing in accordance with Circuit Rule 26.

WHEREFORE, Defendants/Appellants Revolution Laboratories, LLC, Joshua Nussbaum, and Barry Nussbaum respectfully request that this Honorable Court grant their Motion for Extension of Time, and grant them any other or further relief that the Court deems just and fair.

Dated: January 15, 2024                      Respectfully submitted,

**DEFENDANTS REVOLUTION LABORATORIES, LLC, JOSHUA NUSSBAUM AND BARRY NUSSBAUM**

By:    */s/Matthew De Preter*
Gary P. Hollander,
Amy M. Gibson
Matthew De Preter
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St., Suite 2800
Chicago, IL 60611
(p) 312.828.9600
(f) 312.828.9635
ghollander@agdglaw.com
agibson@agdglaw.com
cdepreter@agdglaw.com
       *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 15, 2024 a true and correct copy of the foregoing was filed using this Court's ECF filing system which will provide copies to all counsel of record.

*/s/Matthew De Preter*
*Attorney for Defendants*

4865-6532-8284, v. 6