# EXHIBIT A

# No. 23-2850
## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, | Appeal from the Federal District Court for the Northern District of Illinois |
| Plaintiff/Appellant, | District Court Case No. 17-cv-02283 |
| | Honorable Judge Matthew F. Kennelly |
| v. | |
| REVOLUTION LABORATORIES, LLC, REV LABS MANAGEMENT, JOSHUA NUSSBAUM, and BARRY NUSSBAUM, | Appellate Court No. 23-2850 |
| Defendants/Appellees. | |

## DECLARATION OF MATTHEW DE PRETER IN SUPPORT OF DEFENDANTS/APPELLANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

1. My name is Matthew De Preter. I am a partner at the law firm of Aronberg Goldgehn Davis and Garmisa. I am over the age of 18 and if called upon could and would testify competently to the facts of this declaration. I make this declaration based on my own personal knowledge. The statements set forth herein are made by me under penalty of perjury under the laws of the United States of America and are true and correct to the best of my knowledge and belief.

2. I became involved in this underlying case in May of 2022 and since that time, I have been the only attorney working on this case with a specialized focus on intellectual property law. Over the majority of the time since May of 2022, I was the individual with primary responsible for moving this case forward, drafting briefs, pretrial, and posttrial material, and was co-chair of the trial team.

3. The issues involved in this case and on appeal are nuanced legal issues that are complex, requiring a deep understanding and command of the underlying facts and

developments of the case as it was brought up to and through trial. The Appealable issues are dependent on the facts surrounding the execution of a stipulation, rulings by the lower court pertaining to that stipulation, the discovery Plaintiff produced in the litigation, and the presentation of specific evidence pertaining to establishing damages for violations of trademark rights. Plaintiff asserted claims for violations of the Lanham Act and common law trademark infringement. Some of the claims were tried to a jury and some to the District Court. After trial, the District Court ruled that a portion of the verdict entered by the jury was advisory only. Ultimately, the judgment from which Defendants appeal includes a statutory award of damages, disgorgement of profits damages, common law damages for loss of goodwill, and punitive damages. As the sole intellectual property attorney working on and familiar with the case, I am in a unique position to prepare the appellate brief in this matter and guide the overall appeal submission. Due to responsibilities in other cases, I have worked on the Appeal and my other workload simultaneously and also enlisted the help of co-counsel Amy Gibson and Gary Hollander to assist in the preparation of the Appeal.

    4. During December and January, I have been engaged in a number of time sensitive proceedings while simultaneously working on the preparation of the Appeal. This includes the following:

        i. Reviewing and analyzing last minute production of documents that substantially affected the preparation of final infringement contentions due on December 4, 2023 in the matter of MPI LLC v. Sorting Robotics, Inc., Case No. 22-cv-07464, pending in the Central District of California. I am the lead attorney and the only patent counsel on the case and my expertise in the field of patent law required that I perform the patent analysis work and the preparation of the contentions.

ii. As lead attorney, I was responsible for the preparation and conducting a live preliminary injunction hearing in the matter of Heifeng Zhizao (Shenzhen) Technology Co., Ltd., v. The Partnerships, et al., Case No. 23-cv-3301, pending in the Northern District of Illinois. The matter required tedious and protracted communication with witnesses located in China. The hearing extended over multiple days in December.

iii. As lead attorney, I was responsible for preparation of Rebuttal Trial Submission material in the trademark opposition proceeding In Re Trademark Application of Mitzvah Kinder, Inc., Opposition No. 91272685. The identification of new material in support of the Applicant's trial submission required me to travel to New York for multiple days in the week before Christmas.

5. Presently, I am engaged in the following other litigation or administrative matters with deadlines prior to, or around the same time as, the current January 23, 2023 filing date for Movants' brief in this appeal, causing me to be unable to prepare and file the brief in this appeal by the filing date mandated by this Court:

i. I am lead, and currently sole, counsel for Grunt Style in the matter of Grunt Style LLC v. TWD, LLC, Case No. 18-cv-07695, pending in the Northern District of Illinois. Trial is scheduled to begin March 11, 2024, however the court set a number of pretrial deadlines in January. Particularly, the parties' motions in limine were due on January 8, 2024, responses are due on January 18, and a hearing is set for the 18th as well, which I have been and currently am attending to.

4

      ii. I am co-counsel in the matter of MMS Trading Company v. Hutton Toys, LLC, Case No. 20-cv-01360, pending in the Eastern District of New York. trial scheduled to begin on February 9, 2024. Motions in limine are due on January 26, 2024 along with other pre-trial submissions, which I have been and currently am attending to. A pretrial conference is scheduled for February 6, 2023.

6. I have been and currently am simultaneously attending to matters in those two cases, along with my other workload, while further focusing on preparation of the Appeal brief. Due to the deadlines in the above matters, and the two-week request for extension coinciding with the beginning of trial in MMS v. Hutton, Ms. Gibson and Mr. Hollander will continue to assist me in preparing final revisions and coordinating the filing of the brief on the requested date of February 6, 2024, should this Court grant this extension.

7. Mine and my co-counsel's current work on this appeal has resulted in the narrowing of issues on appeal, which we believe will lead to greater efficiency for the Seventh Circuit Court of Appeals. However, this process has resulted in the need for additional time to complete drafting of the Appellants' brief appeal brief.

Dated: January 15, 2023        By: _/s/Matthew De Preter_
                                           Matthew De Preter
                                           4875-1992-6684, v. 6