# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 17, 2024

*By the Court:*

| | |
|---|---|
| No. 23-2850 | CHARLES CURRY, doing business as GET DIESEL NUTRITION, <br> Plaintiff - Appellee <br> v. <br> REVOLUTION LABORATORIES, LLC, et al., <br> Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:17-cv-02283 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly | |

The following is before the court:

1. **APPELLANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF**, filed on January 15, 2024, by counsel for the appellants.

2. **RESPONSE TO DEFENDANT-APPELLANTS' SECOND MOTION FOR EXTENSION OF TIME**, filed on January 16, 2024, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief and required short appendix of the appellants are due by February 6, 2024.

2. The brief of the appellee is due by March 7, 2024.

3. The reply brief of the appellants, if any, is due by March 28, 2024.

No further extensions of time will be allowed, except in extraordinary circumstances.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).