**No. 23-2850**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, | Appeal from the Federal District Court for the Northern District of Illinois |
| Plaintiff/Appellee, | District Court Case No. 17-cv-02283 |
| | Honorable Judge Matthew F. Kennelly |
| v. | |
| REVOLUTION LABORATORIES, LLC, REV LABS MANAGEMENT, JOSHUA NUSSBAUM, and BARRY NUSSBAUM, | Appellate Court No. 23-2850 |
| Defendants/Appellants. | |

### DEFENDANTS/APPELLANTS' FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Defendants/Appellants Revolution Laboratories, LLC, Joshua Nussbaum, and Barry Nussbaum (collectively referred to as the "Movants"), by their attorneys, Aronberg Goldgehn Davis & Garmisa, move pursuant to Federal Rule of Appellate Procedure 26 and Circuit Rule 26 for a two-week extension of time to file their reply brief to April 11, 2024. In support of their Motion, Movants state as follows:

1. Movants filed their Notice of Appeal on September 25, 2023.

2. On January 17, 2024, this Court entered an order granting Movants' motion for extension of time to file their opening brief and entering the following briefing schedule: (1) Appellants' brief and short appendix were due by February 6, 2024; (2) Appellee's brief was due by March 7, 2024; and (3) Appellants' reply brief, if any, was due by March 28, 2024.

3. On February 6, 2024, Movants filed their opening brief, short appendix and joint appendix.

4. On March 7, 2024, Appellee filed his appellate brief.

5.  In light of scheduling conflicts of the two principal attorneys who represented Movants in the trial (Mr. De Preter and Mr. Hollander), and who will have significant input into Movants' reply brief, Movants anticipate that they will be unable to meet the Court's March 28, 2024 deadline to file Movants' reply brief and, as such, request a short extension from this Court.

6.  Since Appellee's brief was filed on March 7, 2024, Mr. De Preter, the only trademark attorney representing Movants, has been engaged in preparing for and acting as lead trial counsel for Grunt Style in the matter of Grunt Style LLC v. TWD, LLC, Case No. 18-cv-07695, pending in the Northern District of Illinois. Trial began on March 11, 2024 and continued through March 14, 2024. **Exhibit A**, Declaration of Mr. De Preter, ¶4.

7.  Because of Mr. De Preter's trial commitment, as of the date of this Motion, Mr. Hollander has been unable to consult with Mr. De Preter relating to Appellee's brief. **Exhibit B**, Declaration of Mr. Hollander, ¶2.

8.  Further, from March 16, 2024 through March 27, 2024, Mr. Hollander will be on a previously scheduled vacation, the majority of which will be spent in Iceland. *Id.* at ¶5. For this reason, Mr. Hollander will not be able to collaborate with Mr. De Preter until he returns from vacation.

9.  Accordingly, Movants request a **two-week** extension of time to file their reply brief and ask that this Court enter a new deadline of **April 11, 2024**.

10.  Although the Movants' sought and obtained extensions of time to file their opening brief, this is the Movants' first and anticipated final request for an extension of time to file their reply brief and such extension is being requested nearly two weeks before the brief is currently due.

11.  Movants sent counsel for Plaintiff/Appellee a copy of this motion prior to filing in accordance with Circuit Rule 26.

WHEREFORE, Defendants/Appellants Revolution Laboratories, LLC, Joshua Nussbaum, and Barry Nussbaum respectfully request that this Honorable Court grant their Motion for Extension of Time, and grant them any other or further relief that the Court deems just and fair.

Dated: March 15, 2024                    Respectfully submitted,

**DEFENDANTS REVOLUTION LABORATORIES, LLC, JOSHUA NUSSBAUM AND BARRY NUSSBAUM**

By: ___*/s/Gary Hollander*___
Gary P. Hollander
Amy M. Gibson
Matthew De Preter
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St., Suite 2800
Chicago, IL 60611
(p) 312.828.9600
ghollander@agdglaw.com
agibson@agdglaw.com
cdepreter@agdglaw.com
*Attorneys for Appellants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 15, 2024 a true and correct copy of the foregoing was filed using this Court's ECF filing system which will provide copies to all counsel of record.

*/s/Gary Hollander*
*Attorney for Defendants*

4865-6532-8284, v. 6