# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> REVOLUTION LABORATORIES, LLC et al. <br><br> Defendants-Appellants. | Case No. 23-2850 |

**Appellee's Opposition to Appellants' Request for a Fourth Extension**

When the Court granted Appellants a third extension of the briefing schedule, the Court ordered: "No further extensions of time will be allowed, except in extraordinary circumstances." Dkt. 17. Appellants' motion for a fourth extension, Dkt. 29, does not mention that ruling. The circumstances described in Appellants' motion are not extraordinary. The Court should deny Appellants' motion.

Dated: March 16, 2024

Respectfully submitted,

*/s/ Jeff Kane*
Matthew J. Oppenheim
Nicholas C. Hailey
Jeff Kane

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Tel: 202-499-2940
matt@oandzlaw.com
nick@oandzlaw.com
jkane@oandzlaw.com

*Counsel for Plaintiff-Appellee*