# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 18, 2024

*By the Court:*

| No. 23-2850 | CHARLES CURRY, doing business as GET DIESEL NUTRITION, Plaintiff - Appellee<br><br>v.<br><br>REVOLUTION LABORATORIES, LLC, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-02283<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

The following are before the court:

1. **DEFENANTS/APPELLANTS' FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**, filed on March 15, 2024, by counsel for the appellants.

2. **APPELLEE'S OPPOSITION TO APPELLANTS' REQUEST FOR A FOURTH EXTENSION**, filed on March 16, 2024, by counsel for the appellee.

    **IT IS ORDERED** that the motion is **GRANTED**. The reply brief of the appellants, if any, is due by April 11, 2024.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)