# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

March 21, 2024

*By the Court:*

| No. 23-2850 | CHARLES CURRY, doing business as GET DIESEL NUTRITION, Plaintiff - Appellee v. REVOLUTION LABORATORIES, LLC, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-02283 Northern District of Illinois, Eastern Division District Judge Matthew F. Kennelly ||

    A review of the brief of appellee reveals that appellee has not complied with the requirements of Circuit Rule 28(b). That rule requires an appellee to provide a Jurisdictional Statement section in its brief and for it to state explicitly whether or not the jurisdictional summary in an appellant's brief is "complete and correct." If it is not, the appellee must provide a "complete jurisdictional summary." It is insufficient to state that appellants' jurisdictional statement is complete and correct except for some details, without providing a full summary. *See Baez-Sanchez v. Sessions*, 862 F.3d 638, 641 (7th Cir. 2017) (Wood, C.J., in chambers). Accordingly,

    IT IS ORDERED that appellee shall file a paper captioned "Jurisdictional Statement" on or before March 28, 2024, that complies with the requirements of Circuit Rule 28(b), and if appellant's brief is not both complete and correct, Circuit Rule 28(a) also.

    IT IS FURTHER ORDERED that the Clerk of this court shall DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellee's "Jurisdictional Statement" to the assigned merits panel.