# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

December 19, 2024

Before
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| No. 23-2850 | CHARLES CURRY, JR., doing business as GET DIESEL NUTRITION, <br>     Plaintiff - Appellee <br><br> v. <br><br> REVOLUTION LABORATORIES, LLC, et al., <br>     Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-02283 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)