**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, )<br><br>Plaintiff-Appellee, )<br><br>v. )<br><br>REVOLUTION LABORATORIES, LLC et al. )<br><br>Defendants-Appellants. ) | Case No. 23-2850 |

**Appellee's Bill of Costs**

1.     On December 19, 2024, this Court affirmed the judgment of the District Court and ordered that costs be awarded to the Appellee. Dkts. 43, 44. Pursuant to Federal Rule of Appellate Procedure 39(d)(1), Appellee submits this Bill of Costs.

2.     In the course of defending the instant appeal, Appellee incurred total taxable costs of **$154.50** for printing 15 copies of Appellee's brief, comprising:

    a.     63 pages per copy. At the Seventh Circuit's rate of $0.10 per page,[1] this results in a cost of $94.50.

    b.     One binding per copy. At the Seventh Circuit's rate of $2.00 per copy, *id.*, this results in a cost of $30.

    c.     One cover page per copy. At the Seventh Circuit's rate of $2.00 per copy, *id.*, this results in a cost of $30.

---

[1] https://www.ca7.uscourts.gov/forms/Rule_39.pdf

3.　　Appellee utilized a commercial printer to print the briefs. A receipt is attached

as Exhibit 1.

## Verification

I, Jeff Kane, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury

that I am counsel for Appellee Charles Curry and have knowledge of the facts

reflected herein. The items set forth in the foregoing Bill of Costs are correct and were

necessarily incurred in the case.


Executed: January 2, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeff Kane*
　　　　　　　　　　　　　　　　　　　　　Jeff Kane
　　　　　　　　　　　　　　　　　　　　　OPPENHEIM + ZEBRAK, LLP
　　　　　　　　　　　　　　　　　　　　　4530 Wisconsin Avenue, NW, 5th Floor
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20016
　　　　　　　　　　　　　　　　　　　　　Tel: 202-499-2940
　　　　　　　　　　　　　　　　　　　　　jkane@oandzlaw.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff-Appellee*