# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

January 10, 2025

Taxed in Favor of: **Appellee Charles Curry**

| | |
|---|---|
| No. 23-2850 | CHARLES CURRY, JR., doing business as GET DIESEL NUTRITION,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>REVOLUTION LABORATORIES, LLC, et al.,<br>　　　　Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:17-cv-02283<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The mandate or agency closing letter issued in this cause on January 10, 2025.

BILL OF COSTS issued in the amount of: $154.50.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: | _____ | _____ |
| 3. | For reproduction of briefs: | _____ | _$154.50_ |
|   | TOTAL: | | _$154.50_ |

form name: **c7_BillOfCosts**　　(form ID: **140**)